275 U. S.    Cases Disposed of Without Consideration by the Court.

No. 136. HUDSON COAL COMPANY *v.* COMMONWEALTH OF PENNSYLVANIA. Error to the Supreme Court of the State of Pennsylvania. October 3, 1927. Dismissed with costs, per stipulation of counsel. *Messrs. John H. Barnes, William S. Snyder* and *H. T. Newcomb* for plaintiff in error. *Messrs. George W. Woodruff* and *John R. Jones* for defendant in error.

---

No. 378. UNITED STATES, USE OF UNION GAS ENGINE COMPANY *v.* NEWPORT SHIPBUILDING CORPORATION, LIMITED, NATIONAL SURETY COMPANY. On petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit. October 17, 1927. Dismissed on motion of *Messrs. Edmund L. Jones, Frank J. Hogan* and *Thomas M. Fields* for petitioner. *Messrs. Wm. H. White* and *Ellwood P. Morey* for respondents.

---

No. 381. WELDON J. BAILEY *v.* STATE OF ARIZONA, ON RELATION OF JOHN W. MURPHY, ATTORNEY GENERAL. On petition for a writ of certiorari to the Supreme Court of the State of Arizona. October 17, 1927. Dismissed for failure to comply with the rules. *Messrs. Weldon J. Bailey, pro se,* and *John W. Ray* for petitioner. No appearance for respondent.

---

No. 578. WILLIAM R. BERRY *v.* C. A. BATES ET AL. Error to the District Court of Appeal, First Appellate District, State of California. October 17, 1927. Dismissed on motion of *Mr. R. M. F. Soto* for plaintiff in error. No appearance for defendants in error.

---

No. 55. RAILROAD COMMISSION OF WISCONSIN, JOHN J. BLAINE, GOVERNOR, ET AL. *v.* CHICAGO AND NORTH WESTERN RAILWAY COMPANY ET AL. Appeal from the

District Court of the United States for the Eastern District of Wisconsin. October 20, 1927. Dismissed on motion of *Messrs. Herman S. Ekern, Eugene Wengert* and *Daniel W. Sullivan* for appellants. *Messrs. Wm. A. Hayes* and *Samuel Cady* for appellees.